# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

TEHUTI BAT'Z ELOHIM BEY,

    Plaintiff,

v.

MICHAEL FERNANDEZ, et al.

    Defendants.

No. C 15-04649 HRL (PR)

**ORDER OF TRANSFER**

Plaintiff, a prisoner currently being held at the Metropolitan Detention Center in Brooklyn, New York, proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983, alleging that Homeland Security Agents violated his constitutional rights based on actions they took in the state of New York which lead to the arrest of Plaintiff in Richmond California and extradition to the Eastern District of New York. (Compl. Attach. at 1-2.) Because the acts complained of occurred in the Eastern District of New York, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of New York. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of New York.

**IT IS SO ORDERED.**

DATED: 12/16/15

_____
HOWARD R. LLOYD
United States Magistrate Judge

Order of Transfer
P:\PRO-SE\HRL\CR.15\04649Bey_transfer (EDNY).wpd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEHUTI BAT'Z ELOHIM BEY,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL FERNANDEZ, et al.,<br><br>    Defendants. | Case No. 15-cv-04649-HRL<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

    Tehuti Bat'z Elohim Bey ID: 18509-111
    aka: Zackary Howard Black
    Metropolitan Detention Center Brooklyn
    P.O. Box 329002
    Brooklyn, NY 11232

Dated: December 17, 2015

    Susan Y. Soong
    Clerk, United States District Court

    By:_____
    Patty Cromwell, Deputy Clerk to the
    Honorable HOWARD R. LLOYD